FILE COPY



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

May 10, 2016

Eric Coats
Attorney at Law
1716 South Polk Street
Amarillo, TX 79102
* DELIVERED VIA E-MAIL *

Kristy Wright
Asst. Criminal District Attorney
2309 Russell Long Blvd., Suite 120
Canyon, TX 79015
* DELIVERED VIA E-MAIL *

**RE:**  Case Numbers:  07-15-00246-CR, 07-15-00286-CR
Trial Court Case Number: 17,917-A,

**Style:** Ricky Dan Allee v. The State of Texas

Dear Counsel:

The Court has this day entered the attached Order in the captioned causes.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:  Honorable Dan L. Schaap (DELIVERED VIA E-MAIL)
Jo Carter (DELIVERED VIA E-MAIL)